GREGORY G. DIAZ, City Attorney #156318
JEANNE E. SCHECHTER, Chief Deputy City Attorney #149457
KENNETH D. ROZELL, Deputy City Attorney #155599
CITY OF MERCED
678 W. 18th Street
Merced, CA 95340
Telephone: (209) 385-6868
Fax: (209) 723-1780
Attorneys for Plaintiffs, City of Merced

EDMUND G. BROWN JR.
Attorney General of the State of California
DEBORAH A. WORDHAM
Deputy Attorney General
State Bar No. 180508
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3549
Fax: (916) 327-2319
Attorneys for Defendants, California Regional
Water Quality Control Board, Central Valley Region

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED, et al., | NO. CV-F 92-5627 LJO DLB |
| Plaintiffs, | |
| vs. | **JOINT RETURN ON PRELIMINARY INJUNCTION** |
| R.A. FIELDS, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

COMES NOW Plaintiffs, CITY OF MERCED AND THE REDEVELOPMENT AGENCY

OF THE CITY OF MERCED ("Redevelopment Agency") and Defendants, CERTAIN NAMED

1

OFFICIALS OF THE REGIONAL WATER QUALITY CONTROL BOARD ("Water Board"), and return the attached Preliminary Injunction issued on April 26, 2001 to this Court and certify as follows:

1. The City of Merced and the Redevelopment Agency obtained from the District Court a Preliminary Injunction enjoining specified individuals associated with the Water Board from taking any enforcement action against the City, Redevelopment Agency or the drycleaner defendants inconsistent with this Court's jurisdiction and orders settling this action filed under CERCLA.

2. The Water Board filed a Motion for Reconsideration of this Court's order granting the Preliminary Injunction, which was denied.  The Water Board then filed an appeal of the denial of its Motion for Reconsideration, *City of Merced v. California Regional Water Quality Control Board*, No. 02-15651 (9th Cir. filed September 15, 2002).

3. The City of Merced, the Redevelopment Agency and the Water Board have participated in mediation over the past five (5) years as a result of the Water Board's appeal of this Court's denial of its Motion for Reconsideration of the Preliminary Injunction and have reached a settlement in that matter.  As a result of the settlement, the parties respectfully request that the Preliminary Injunction issued by this Court on April 26, 2001, be hereby dissolved.

DATED: _____, 2008.        Respectfully submitted,

                                            GREGORY G. DIAZ, City Attorney
                                            JEANNE SCHECHTER, Chief Deputy City Attorney

                                            By_____
                                                JEANNE SCHECHTER
                                                Attorneys for Plaintiffs

C:\windows\temp\notes101AA1\Return of Preliminary Injunction.doc

DATED: _____, 2008          EDMUND G. BROWN JR.
                                                              Attorney General

                                                              DEBORAH A. WORDHAM
                                                              Deputy Attorney General


                                                              By_____
                                                                 DEBORAH A. WORDHAM
                                                                 Attorney for Defendants

## **ORDER**

     GOOD CAUSE APPEARING, it is ORDERED that the Preliminary Injunction issued on April 26, 2001 is hereby dissolved.

DATED: September 30, 2008

                                                              /s/ Lawrence J. O'Neill
                                                              U.S. DISTRICT JUDGE