IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED, et al., | CASE NO. CV F 92-5627 LJO DLB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| vs. | |
| R.A FIELDS, INC, et al., | |
| Defendants. | |

The Court directs the remaining parties to show cause in writing why this action should not be dismissed. Unless a party shows good legal cause in writing no later than October 30, 2008, this action will be dismissed.

IT IS SO ORDERED.

**Dated:   September 30, 2008**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1