**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF MERCED, et al., | CASE NO. CV F 92-5627 LJO DLB |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| vs. | |
| R.A FIELDS, INC, et al., | |
| Defendants. / | |

The Court has received and reviewed the response to the Order to Show Cause. Based on the representations in the response, the Court discharges the Order to Show Cause.

The Court sets a status conference in this matter for January 8, 2009 at 8:15 a.m. in Department 4 of this Court (LJO). The lead parties participating in the clean up efforts are directed to appear at the conference. Counsel for the parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680. At the conference, the parties shall be prepared to discuss the status of the clean up efforts, the anticipated length or conclusion of clean up, and when this case may be dismissed. The parties are relieved of filing the quarterly status reports until after the status conference.

IT IS SO ORDERED.

**Dated:   October 24, 2008**            /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1