IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED, et al., | CASE NO. CV F 92-5627 LJO DLB |
| Plaintiffs, | **ORDER AFTER STATUS CONFERENCE** |
| vs. | |
| R.A FIELDS, INC, et al., | |
| Defendants. | |

The Court held a status conference on January 20, 2009 at 8:15 a.m. in Courtroom 4 (LJO). Plaintiff City of Merced appeared by Jeanne Schecter, Dave Norman and Joe Angulu. Based on the concerns raised by counsel, and the 24-36 month estimate to complete environmental clean-up efforts, this Court ORDERS plaintiff City of Merced **to file a status report no later than January 20, 2010, and every 12 months thereafter until this action is resolved.**

IT IS SO ORDERED.

**Dated:   January 20, 2009**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1