# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>R A FIELDS INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:92-cv-05627-JLT-SAB<br><br>ORDER REQUIRING CITY OF MERCED TO FILE SUPPLEMENTAL STATUS REPORT<br><br>**DEADLINE: APRIL 12, 2024** |

On February 16, 2024, the Court ordered that Plaintiff file a status report no later than February 16, 2024, providing (1) the status of the remaining site closure; (2) specific information about the plans to bring this matter to a close; and (3) an updated timeframe within which the parties plan to bring this matter to a close. (ECF No. 1823.)

On February 16, 2024, Plaintiff filed a status report providing little information regarding the requested details surrounding the City's remediation efforts and timeframes for site closures. (ECF No. 1826.) Newly appointed counsel acknowledged the deficiency and stated the City would "submit a supplemental report by April 1, 2024 concerning the Parkway and Sunshine former dry-cleaners 2024 and 2025 planning elements with the assistance of Provost & Pritchard, an environmental firm that has been retained by the City to provide expert advice on remediation measures in this matter." (Id. at 1.) To date, no supplemental report has been filed by Plaintiff.

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a supplemental status report **no later than April 12, 2024,** sufficiently providing the previously ordered information: (1) the status of the remaining site closure; (2) specific information about the plans to bring this matter to a close; and (3) an updated timeframe within which the parties plan to bring this matter to a close.

IT IS SO ORDERED.

Dated:   **April 5, 2024**

UNITED STATES MAGISTRATE JUDGE