# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED, et al.,<br><br>                         Plaintiffs,<br><br>          v.<br><br>R A FIELDS INC., et al.,<br><br>                         Defendants. | Case No. 1:92-cv-05627-JLT-SAB<br><br>ORDER REQUIRING CITY OF MERCED TO FILE STATUS REPORT<br><br>**DEADLINE: APRIL 14, 2025** |

On January 20, 2009, the Hon. Lawrence J. O'Neill entered an order requiring Plaintiff "**City of Merced to file a status report no later than January 20, 2010, and every 12 months thereafter until this action is resolved.**" (ECF No. 1797) (emphasis in original). On April 5, 2024, the Court ordered that Plaintiff file a supplemental status report providing (1) the status of the remaining site closure; (2) specific information about the plans to bring this matter to a close; and (3) an updated timeframe within which the parties plan to bring this matter to a close. (ECF No. 1828.) Later that same day, Plaintiff filed a supplemental status report providing most information regarding the requested details surrounding the City's remediation efforts and timeframes for site closures. (ECF No. 1829.) Plaintiff did not indicate that this action had been resolved. (See id.) The time to file a 2025 status report has passed, and Plaintiff City of Merced has not complied with the Court's January 20, 2009 order.

At this time, the Court will order a status report. However, the Court does not keep

1

1  Plaintiff's calendar—failure to file a timely status report constitutes failure to comply with a court
2  order.  Therefore, the Court admonishes Plaintiff that should it miss a future status report deadline
3  in this case, the Court will issue an order to show cause and consider imposing sanctions.

4        Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a status report **no later
5  than April 14, 2025,** sufficiently providing the following information: (1) the status of the
6  remaining site closure; (2) specific information about the plans to bring this matter to a close; and
7  (3) an updated timeframe within which the parties plan to bring this matter to a close.  Should
8  Plaintiff fail to comply with this order, the Court will consider imposing a daily sanction of
9  $50.00 per day, beginning on April 15, 2025.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2