1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| CITY OF MERCED, | Case No. 1:92-cv-05627-JLT-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 1831) |
| R A FIELDS INC., et al., | |
| Defendants. | |

12

13

14

15

16

17      On April 10, 2025, the Court issued an order to show cause requiring Plaintiff City of

18  Merced to show cause in writing as to why it had failed to file its annual status report, due every

19  January 20 following the Court's January 20, 2009 order "until this action is resolved."  (ECF

20  No. 1797.)  On April 21, 2025, Plaintiff timely filed a response to the order to show cause,

21  indicating that there had been a calendar error as well as retirements and voluntary separations of

22  key players for the project. (ECF No. 1833.)  Plaintiff avers that the necessary adjustments have

23  been made and that the status report "has be re-calendared to be filed timely moving forward."

24  (Id.)

25      In light of the response, the Court will discharge the order to show cause.

26  / / /

27  / / /

28  / / /

1      Accordingly, IT IS HEREBY ORDERED that the April 10, 2025 order to show cause

2 (ECF No. 1830) is DISCHARGED.

3

4 IT IS SO ORDERED.

5 Dated:   **April 22, 2025**

                       STANLEY A. BOONE

6                       United States Magistrate Judge